UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D.H. REID,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. From on or about November 11, 2023, up to and including on or about November 14, 2023, in the Southern District of Ohio, the defendant, **DONALD D.H. REID**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit: one Glock GMBH, 19X, 9mm caliber pistol, bearing serial number BWST702; and one Polymer80, model PF940C pistol, said firearms having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT TWO
### (Possession of a Machinegun)

2. From on or about November 11, 2023, up to and including on or about November 14, 2023, in the Southern District of Ohio, the defendant, **DONALD D.H. REID,** did knowingly possess a machinegun, that is, a Glock, GMBH, 19X, 9mm caliber pistol, bearing serial

number BWST702, with an attached full auto selector switch, commonly referred to as a "switch," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

**In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of the offense alleged in Count One or Count Two of this Indictment, the defendant, **DONALD D.H. REID**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock GMBH, 19X, 9mm caliber pistol, bearing serial number BWST702;
- One Polymer80, model PF940C pistol; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**